JOHN H. BURROUGHS et al., Appellants, *v.* MARY T. FOLSOM, Impleaded, etc., Respondent.

(Submitted April 28, 1886; decided June 1, 1886.)

*De Witt C. Brown* for appellants.

*Merritt E. Sawyer* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.